E-Filed – **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV13-2748-GHK (PLAx) | Date | June 3, 2013 |
|---|---|---|---|
| Title | *H.O.D. Properties v. Jose L. Sanchez* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** Remanding Action to State Court; Plaintiff's Motion to Remand (Dkt. No. 16)

On April 19, 2013, Defendant Jose Sanchez ("Sanchez") removed the above-titled unlawful detainer action to this Court. On May 14, 2013, we ordered Defendant to show cause why this matter should not be remanded because this Court lacks subject matter jurisdiction, given that the complaint alleges only a state law claim and seeks damages "under $10,000." (Dkt. No. 21). We warned Defendant that his failure to timely and adequately show cause would be deemed his admission that this Court lacks subject matter jurisdiction, and in that event, this action would be remanded. The deadline has passed, and Defendant has failed to respond to our OSC. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed. Plaintiff's Motion to Remand is **DENIED as moot**.

**IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| Initials of Deputy Clerk | Bea |